AO 440 (Rev. DC - September 2003) Summons in a Civil Action

RECEIVED
JUN 1 0 2007

# UNITED STATES DISTRICT COURT
## District of Columbia

THE SCHOOL FOR ARTS IN LEARNING
PUBLIC CHARTER SCHOOL

**SUMMONS IN A CIVIL CASE**

V.

REGINA GOINS,
as next friend of the minor child, J.S.
and J.S., individually

CASE

Case: 1:07-cv-01067
Assigned To : Bates, John D.
Assign. Date : 6/15/2007
Description: Civil Rights-Non Employ.

TO: (Name and address of Defendant)

Regina Goins, as next friend of the minor child, J.S.
855 21th Street, NE #3
Washington, D.C. 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul S. Dalton, Esq.
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

RECEIVED
AUG 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
NANCY MAYER-WHITTINGTON

CLERK

JUN 1 5 2007

DATE

(By) DEPUTY CLERK

The School For Arts In Learning Public Charter School
Plaintiff(s)

Case Number: 1:07-cv-01067 JDB

vs

Regina Goins as next friend of the minor child, J.S.
 Defendant(s)

## AFFIDAVIT OF SERVICE

I, Edwin L. Jarnagin, hereby certify that on August 6, 2007 at 8:25 PM, I executed service of process upon **REGINA GOINS AS NEXT FRIEND OF THE MINOR CHILD, J.S.** at 855 21st Street NE #3, Washington, DC 20002 by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filimg Order, Electronic Case Files Attorney/Participant Registration Form..

Regina Goins is described as a Black Female, approximately 5' 9" tall, 170-180 pounds, Brown eyes, Black hair, and 44 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 61 years of age, Date of Birth 3/14/46; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 9, 2007.

Date August 9, 2007.

Edwin L. Jarnagin

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on August 9, 2007.

My Commission Expires: 10-31-2011

Ref.# 77732

CLERK
NYXED-WHITLEY-CLERK
NANCY M.

2007 AUG 14 PM 3: 31

DISTRICT OF COLUMBIA
U.S. DISTRICT COURT
RECEIVED