UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE SCHOOL FOR ARTS IN LEARNING ("SAIL") PUBLIC CHARTER SCHOOL<br><br>    Plaintiff<br><br>    v.<br><br>REGINA GOINS,<br>as next friend of the minor child, J.S. and J.S., individually<br><br>    Defendants.<br>_____ | :<br>:<br>:<br>:<br>:<br>:<br>:   CIVIL ACTION NO.  07-1067 (JDB)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## AFFIDAVIT IN SUPPORT OF DEFAULT

    I hereby certify under penalty of perjury, this 13th day of September 2007, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendants

    Regina Goins and J.S., were served with process on August 6, 2007.  The Return of Service/Affidavits were filed with this Court.  Defendants Regina Goins and J.S. never filed an answer to the complaint.

    I further certify under penalty of perjury that no appearance has been entered by said defendants, no pleading has been filed and none served upon the attorney for the plaintiff; no timely request for an extension of time has been filed with this Court and the time for filing has expired; that the defendants are neither an infant nor an incompetent person. (Defendants mother her minor child have been competently represented by counsel).

    The Clerk is requested to enter a Default against said defendants.

        Respectfully submitted,

        _____/s/_____
Paul S. Dalton, Esq
D.C. Bar No. 439118
Dalton & Dalton, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)
(703) 739-2323 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE SCHOOL FOR ARTS IN LEARNING ("SAIL") PUBLIC CHARTER SCHOOL<br><br>　　Plaintiff<br><br>　　v.<br><br>REGINA GOINS,<br>as next friend of the minor child, J.S. and J.S., individually<br><br>　　Defendants.<br>_____ | :<br>:<br>:<br>:<br>:<br>:<br>: **CIVIL ACTION NO. 07-1067 (JDB)**<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

# DEFAULT

It appearing that the above-named defendants, Regina Goins and J.S., have failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on the 6th day of August 2007, and proof of service filed with this Court, it is this _____ day of _____, 2007 declared that because the defendants have not filed an answer or any other pleading in this case and have not timely requested an extension of time, the defendant, Regina Goins and J.S., herein are in default.

　　　　　　　　　　　　　　　　　　　Nancy M. Mayer-Whittington, Clerk


　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　Deputy Clerk