UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE SCHOOL FOR ARTS IN
LEARNING ("SAIL") PUBLIC
CHARTER SCHOOL,

    Plaintiff,

    v.

REGINA GOINS, et al.,

    Defendants.

Civil Action No. 07-01067 (JDB)

FILED
OCT 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the record in this case, it is this 10th day of October, 2007, hereby

**ORDERED** that plaintiff shall file a motion for default judgment with this Court by not later than October 29, 2007.

**SO ORDERED**.

_____
JOHN D. BATES
United States District Judge

Date: October 10, 2007

1